UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARYL G. NENNINGER,<br><br>  Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | Civil Case No. 16-cv-566-JPG<br>Criminal Case No. 14-cr-40060-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Daryl G. Nenninger's motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255 in light of *Nichols v. United States*, 136 S. Ct. 1113 (2016) (Doc. 1). The Government has responded that it has no objection to the motion and has conceded that Nenninger's sentence should be vacated in its entirety (Doc. 3). For the reasons stated in Nenninger's motion and in the Government's response, the Court:

- **GRANTS** Nenninger's § 2255 motion (Civil Case No. 16-cv-566-JPG, Doc. 1);

- **VACATES** Nenninger's criminal judgment, including both the conviction and sentence, at issue in his § 2255 motion (Criminal Case No. 14-cr-40060-JPG, Doc. 29);

- **ORDERS** that Nenninger be released from custody forthwith;

- **ORDERS** Nenninger to provide the Clerk of Court with the address of his residence within 30 days of his release from prison for the sole purpose of refunding to him moneys paid to the Court in connection with Criminal Case No. 14-cr-40060-JPG;

- **DIRECTS** the Clerk of Court, upon notification of Nenninger's address, to send him a refund of any moneys that have been paid to the Court in connection with Criminal Case No. 14-cr-40060-JPG;

- **DIRECTS** the Clerk of Court to enter judgment accordingly in this case (Civil Case No. 16-cv-566-JPG); and

- **DIRECTS** the Clerk of Court to file in Nenninger's criminal case (Criminal Case No.

14-cr-40060-JPG) a copy of this order and the judgment in this case.

**IT IS SO ORDERED.**
**DATED:   May 31, 2016**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
